**STATE of Arizona ex rel. Robbin COOK, Petitioner/Respondent,**

v.

**Lynn Edward LANG, Respondent/Appellant.**

No. ED 80139.

Missouri Court of Appeals, Eastern District, Southern Division.

June 18, 2002.

Angel M. Woodruff, Assistant Prosecuting Attorney, Cape Girardeau County, Jackson, MO, for respondent.

Tom K. O'Laughlin II, O'Laughlin, O'Laughlin & McManaman, L.C., Cape Girardeau, MO, for appellant.

Before JAMES R. DOWD, C.J., KATHIANNE KNAUP CRANE, J. and LAWRENCE G. CRAHAN, J.

*ORDER*

PER CURIAM.

Father appeals from the trial court's judgment establishing paternity and ordering child support. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).